# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-81051-MIDDLEBROOKS/Matthewman

TIYANA SPANN, on behalf of herself
and others similarly situated,

    Plaintiff,

v.

ELITE HEALTH PARTNERS LLC,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Notice of Dismissal without Prejudice, filed on December 12, 2024. (DE 19). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 17 day of December, 2024.

Donald M. Middlebrooks
United States District Judge

CC: Counsel of Record